UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Sara J. Carr | ) | CASE NO. 18-06687-JMC-7A |
| | ) | |
| Debtor | ) | |

## TRUSTEE'S REPORT OF POSSIBLE ASSETS AND NOTICE TO ABANDON

The Trustee, John J. Petr, hereby notifies the Court that there are possible assets in the above-captioned case, the administration of which assets may result in the payment of a dividend to creditors.  The Clerk's office is requested to issue a Notice of Last Day to File Claims pursuant to Rule 3002(c)(5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT the 2018 federal and state tax refunds prorated to the date of bankruptcy.

Dated this 19th day of October, 2018.

    /s/ John J. Petr
John J. Petr, Trustee
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Phone:  (317) 692-9000
Fax:  (317) 264-6832
E-Mail:  petrtrustee@kgrlaw.com

**Certificate of Service:**

I hereby certify that on October 19, 2018, the foregoing Trustee's Report of Possible Assets and Notice to Abandon was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

ecwelch@ewelchlaw.com

ustpregion10.in.ecf@usdoj.gov

I further certify that on October 19, 2018, a copy of the foregoing Trustee's Report of Possible Assets and Notice to Abandon was mailed by the first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Sara J. Carr
2000 S Victoria Dr
Muncie, IN 47302-2031

    /s/ John J. Petr
John J. Petr, Trustee
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Phone: (317) 692-9000
Fax: (317) 264-6832
E-Mail: petrtrustee@kgrlaw.com